UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 12-118** |
| **KENNETH BATES** | **SECTION "H"(3)** |

### ORDER

On September 24, 2013 the Fifth Circuit Court of Appeals remanded Defendant's appeal in this matter and ordered this Court to determine whether Defendant's untimely filing of the Notice of Appeal was due to excusable neglect or good cause (Doc. 71).  *See* Fed. R. App. P. 4(b)(4).  The Court ordered the parties to submit briefs on the issue.

At the time of remand, a Motion to Appoint Counsel on Appeal was pending before this Court.  This Court subsequently granted the Motion and Defendant's new attorney was enrolled in this case on December 3, 2013.  Defendant correctly notes, and the Government concedes, that the grant of a motion to appoint counsel on appeal "constitutes an implied finding of excusable neglect when an untimely notice of appeal has been filed." *United States v. Garcia-Paulin*, 627 F.3d 127, 130 (5th Cir. 2010) (citing *United States v. Lister*, 53 F.3d 66, 68 (5th Cir.1995); *United States v. Quimby*, 636 F.2d 86, 89 (5th Cir.1981)).

Accordingly, the Court finds that Defendants untimely filing of the Notice of Appeal (Doc. 62) was due to excusable neglect and **ORDERS** that Defendant's Notice of Appeal is to be

1

considered timely pursuant to Fed. R. App. P. 4(b)(4).

**IT IS FURTHER ORDERED** that the clerk shall return this case to the Fifth Circuit Court of Appeals.

New Orleans, Louisiana, on this 9th day of December, 2013.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**